UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY K. PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   1:12-cv-490-JMS-DML |
| | ) |
| AMY JONES, Attorney, and | ) |
|   INDIANAPOLIS METROPOLITAN | ) |
|   POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**Entry Concerning Selected Matters**

Pending before the court are Stacy Perkins' motion to reopen and reinstate civil complaint and motion to dismiss civil complaint against selected defendants. Having considered the foregoing matters, the court makes the following rulings:

1.    The motion to reopen and reinstate civil complaint [31] is denied. This is simply the latest in a series of post-judgment motions which followed the unsuccessful appeal and the dismissal of the action on September 13, 2012, after the plaintiff had and used several opportunities to file a legally sufficient complaint. There is nothing new in this latest effort. Relief from judgment under Rule 60 is warranted "only upon a showing of extraordinary circumstances that create substantial danger that the underlying judgment was unjust." *Margoles v. Johns,* 798 F.2d 1069, 1073 (7th Cir. 1986). That has not been shown to be the circumstance here.

  2. The motion to dismiss civil complaint against selected defendants [30] is **denied.** The motion is procedurally improper following the entry of final judgment and makes reference to a person who was not even named as a defendant.

  IT IS SO ORDERED.

Date: _05/01/2013_

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Stacy K. Perkins
4440 N. Arlington Ave.
Indianapolis, IN 46206